THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Ris'e D.
 Jackson, Sheena Sophia Jackson, and Joel Barry Jackson, II, Respondents,
v.
Michael Shawn
 Thomas, Alex J. Newton, Household Asset Co., Inc., Defendants,
Of whom Michael
 Shawn Thomas and Household Asset Co., Inc. are Appellants.
 
 
 

Appeal From Greenville County
 Charles B. Simmons, Jr., Master In Equity

Unpublished Opinion No. 2011-UP-450
Submitted October 1, 2011  Filed October
 11, 2011   

APPEAL DISMISSED

 
 
 
Zandra L. Johnson, of Greenville, for
 Appellants.
David Charles Alford, of Spartanburg, for
 Respondents.
 
 
 

PER CURIAM: Michael Shawn Thomas and Household Asset Company, Inc. appeal the
 circuit court's granting of a motion to restore the matter to the active trial
 docket.  Because the order on appeal grants a motion to restore, it is not a
 final judgment and is not immediately appealable.  See Shields v.
 Martin Marietta Corp., 303 S.C. 469, 470, 402 S.E.2d 482, 483 (1991)
 ("The decision on a motion to restore the case to the active docket is not
 a final judgment and is interlocutory and, therefore, not immediately
 appealable.").  Accordingly, the appeal is dismissed.[1] 
APPEAL DISMISSED.  
 SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.